FILED

MAR -8 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CORVAL CONSTRUCTORS, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA-DAKOTA UTILITIES, CO., a Division of MDU Resources Group, Inc., a Delaware corporation,<br><br>Defendant. | CV 16-81-BLG-SPW-TJC<br><br>ORDER DISMISSING WITH PREJUDICE |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 48),

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby DISMISSED WITH PREJUDICE and without attorneys' fees, costs and expenses to any of the parties to this action.

DATED this 8th day of March, 2017.

SUSAN P. WATTERS
United States District Judge

1